IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RONNIE ANTHONY LUNA                                                                                   PLAINTIFF

v.                                            Case No. 4:22-cv-4048

SHERIFF ROBERT GENTRY, Sevier County;
JAIL ADMINISTRATOR CHRIS WALCOTT;
JAILER ADRIAN HERNANDEZ; JAILER
ROMONA ARENAS; PROGRAM COORDINATOR
ELEUPERIO HERNANDEZ; JAILER BARBERA
VALENTINE; JAILER KIMBERLY McBAIN;
JAILER/DEPUTY ANTHONY IRVIN;
JAILER WHITNEY HIGGINS; and
NURSE TAMMY FOWLER                                                                                 DEFENDANTS

**ORDER**

Before the Court is Plaintiff Ronnie Anthony Luna's Motion for Default Judgment. ECF No. 42. Defendant Anthony Irvin has responded. ECF No. 43. The Court finds the matter ripe for consideration.

On July 7, 2022, Plaintiff, in a Second Amended Complaint, alleged that Defendant Irvin, along with multiple other defendants, violated his rights by placing another inmate in his cell and jeopardizing his "healthy safe and secure environment." ECF No. 8. On August 2, 2022, the Clerk of Court issued a summons as to Defendant Irvin, and on August 8, 2022, Plaintiff served Defendant Irvin via certified mail delivered to the Sevier County Sheriff's Office. *See* ECF Nos. 12, 13. However, on August 29, 2022, Defendant Irvin filed a motion asking the Court to set aside service of process, explaining that he is no longer employed by the Sevier County Sheriff's Office. ECF No. 14. On August 30, 2020, the Court set aside service. ECF No. 17.

To date, Plaintiff has not successfully served Defendant Irvin. However, Plaintiff now asks the Court to enter a default judgment against Defendant Irvin. Plaintiff states:

> The summons and complaint were duly served on The defendant, Anthony Irvin on The 10.25.22 day of November 22 default entered; no proceedings have been taken by The defendant since The default was entered; defendant was not in The military and is not an infant or incompetent as appears in The declaration of Ronnie Luna submitted here with.

ECF No. 42.  In response, Defendant Irvin states that Plaintiff's motion is "patently frivolous" because Plaintiff has not served Defendant Irvin.  ECF No. 43.

Upon consideration, the Court finds that Plaintiff's motion (ECF No. 42) should be and hereby is **DENIED**.  To date, Plaintiff has not served Defendant Irvin, and Defendant Irvin has not waived service.  Further, Plaintiff has not provided the Court with a correct address for Defendant Irvin, despite the Court's order directing Plaintiff to do so.  *See* ECF No. 39.  Absent proper service on Defendant Irvin, it is inappropriate for the Court to enter a default judgment against him.

**IT IS SO ORDERED**, this 19th day of December, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge