IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RONNIE ANTHONY LUNA                                                           PLAINTIFF

v.                                          Case No. 4:22-cv-4048

SHERIFF ROBERT GENTRY, Sevier County;
JAIL ADMINISTRATOR CHRIS WALCOTT;
JAILER ADRIAN HERNANDEZ; JAILER
ROMONA ARENAS; PROGRAM COORDINATOR
ELEUPERIO HERNANDEZ; JAILER BARBERA
VALENTINE; JAILER KIMBERLY McBAIN;
JAILER/DEPUTY ANTHONY IRVIN;
JAILER WHITNEY HIGGINS; and
NURSE TAMMY FOWLER                                                           DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 22, 2023, by the Honorable

Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 64.

Plaintiff Ronnie Anthony Luna has not filed objections to the Report and Recommendation, and the

time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Being well and sufficiently advised, and finding

no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*.

Plaintiff's Motion for Temporary Restraining Order (ECF No. 33) and Motion for Preliminary

Injunction (ECF No. 34) are hereby **DENIED**.  Plaintiff is warned that, in the future, this dismissal

may be counted as a strike for purposes of 28 U.S.C. § 1915(g), and the Clerk of Court is hereby

**DIRECTED** to place a § 1915(g) strike flag on the case for future judicial consideration.  Finally, any

appeal from this dismissal would not be taken in good faith, and a certificate of appealability shall not

issue.

**IT IS SO ORDERED**, this 20th day of March, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge