IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RONNIE ANTHONY LUNA                                                                                      PLAINTIFF

v.                                            Case No. 4:22-cv-4048

SHERIFF ROBERT GENTRY, Sevier County;
JAIL ADMINISTRATOR CHRIS WALCOTT;
JAILER ADRIAN HERNANDEZ; JAILER
ROMONA ARENAS; PROGRAM COORDINATOR
ELEUPERIO HERNANDEZ; JAILER BARBERA
VALENTINE; JAILER KIMBERLY McBAIN;
JAILER/DEPUTY ANTHONY IRVIN;
JAILER WHITNEY HIGGINS; and
NURSE TAMMY FOWLER                                                                                  DEFENDANTS

## AMENDED ORDER

On March 20, 2023, the Court adopted Judge Bryant's Report and Recommendation (ECF No. 64), denying Plaintiff Ronnie Anthony Luna's Motion for Temporary Restraining Order (ECF No. 33) and Motion for Preliminary Injunction (ECF No. 34). ECF No. 77. The order is amended as follows:

Before the Court is the Report and Recommendation filed February 22, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 64. Plaintiff Ronnie Anthony Luna has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*.

Plaintiff's Motion for Temporary Restraining Order (ECF No. 33) and Motion for Preliminary Injunction (ECF No. 34) are hereby **DENIED**. The Clerk of Court is hereby **DIRECTED** to reopen and reinstate the pending motions that were not resolved by the Court's

March 20 order (specifically, ECF Nos. 46, 65, and 68).  Additionally, the Clerk of Court is hereby **DIRECTED** to refer the instant action back to Judge Bryant.

    **IT IS SO ORDERED**, this 4th day of April, 2023.

/s/ Susan O. Hickey<br>
Susan O. Hickey<br>
Chief United States District Judge