IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RONNIE ANTHONY LUNA                                                                   PLAINTIFF

v.                                         Case No. 4:22-cv-04048

NURSE TAMMY FOWLER                                                                   DEFENDANT

## ORDER

Before the Court is a Report and Recommendation filed March 31, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 135). Judge Bryant recommends that Defendant Nurse Tammy Fowler's ("Defendant") Motion for Summary Judgment (ECF No. 127) be granted and the case be dismissed with prejudice. (ECF No. 135).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 135) *in toto*. Accordingly, Defendant's Motion for Summary Judgment (ECF No. 127) should be and hereby is **GRANTED**. Plaintiff's case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 6th day of May, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge